IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALINDO, et al., | CASE NO. CV F 07-0798 LJO GSA |
| Plaintiffs, | **ORDER TO VACATE REFERENCE TO VOLUNTARY DISPUTE RESOLUTION AND TO DISCHARGE NEUTRAL EVALUATOR** |
| vs. | |
| BALTIMORE AIRCOIL CO., et al., | |
| Defendants. | |

The remaining parties indicate that they no longer desire to participate in this Court's Voluntary Dispute Resolution Program ("VDRP"). As such, this Court:

1. VACATES the December 6, 2007 Order to Refer to Voluntary Dispute Resolution Program and to Appoint Neutral Evaluator; and

2. DISCHARGES Richard C. Watters's service as neutral evaluator.

IT IS SO ORDERED.

**Dated:   February 4, 2008**            /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE