UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALINDO and IRENE GALINDO,<br><br>               Plaintiffs,<br><br>   vs.<br><br>BALTIMORE AIRCOIL CO. and CINCINNATI INC., a corporation d/b/a/ The Cincinnati Shaper Co.,<br><br>               Defendants.<br>_____ / | CASE NO. CV F 07-798 LJO GSA<br><br>**ORDER TO FILE DISMISSAL PAPERS AS TO SETTLED DEFENDANT** |

       Plaintiffs Alex Galindo and Irene Galindo ("Plaintiffs") informed this Court that settlement has been reached as to Defendant Cincinnati Incorporated <u>only</u>. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than April 4, 2008,** to file a stipulation and order to dismiss this party from this action.

       Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   February 6, 2008**               /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE