STEPHEN H. DYE (State Bar No. 104385)
T. SCOTT TATE (State Bar No. 118427)
MARGARET L. SELL (State Bar No. 184088)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone:  (415) 364-6700
Fax:  (415) 364-6785

    Attorneys for Defendant CINCINNATI INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ALEX GALINDO and IRENE GALINDO,<br><br>    Plaintiffs,<br><br>v.<br><br>BALTIMORE AIRCOIL COMPANY, a corporation; CINCINNATI INCORPORATED, doing business in California as "The Cincinnati Shaper Company," a corporation; and DOES 1 through 100,<br><br>    Defendants. | Case No. 07-CV-00798-LJO-GSA<br><br>**ORDER DETERMINING GOOD FAITH SETTLEMENT [C.C.P. § 877.6(a)(2)]** |

    The Application of Defendant CINCINNATI INCORPORATED dated February 7, 2008, for an Order determining the good faith of the settlement having been presented to this Court; and

    IT APPEARING TO THE SATISFACTION OF THE COURT THAT the said Application is made pursuant to Code of Civil Procedure § 877.6(a)(2) and that copies of the said Application, together with a Notice of Settlement, and a copy of this Order were served by certified mail with return receipt requested on this Court and all parties to this action on

February 8, 2008; and that no Notice of Motion to Contest the Good Faith of the said Settlement has been served or filed within the time allowed by Code of Civil Procedure § 877.6(a)(2); and that no confidentiality clause of any kind is contained in the said Settlement Agreement;

NOW, THEREFORE, IT IS ORDERED that:

1.The settlement entered into by and between the Settling Parties, as defined in said Application, was and is made in good faith and in accordance with the provisions of Code of Civil Procedure §§877 and 877.6; and

2.Any and all claims for equitable or implied indemnity or comparative contribution against defendant CINCINNATI INCORPORATED, or any claims arising out of or connected in any way with the involvement of defendant CINCINNATI INCORPORATED in the design, manufacture, sale, distribution or service of the equipment or tools involved in the Incident, which is the subject of this litigation, are hereby dismissed with prejudice and forever barred.

IT IS SO ORDERED.

Dated:February 28, 2008/s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE