STEPHEN H. DYE (State Bar No. 104385)

T. SCOTT TATE (State Bar No. 118427)
MARGARET L. SELL (State Bar No. 184088)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone:  (415) 364-6700
Fax:  (415) 364-6785

Attorneys for Defendant CINCINNATI INCORPORATED


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION


| | |
|---|---|
| ALEX GALINDO and IRENE GALINDO,<br><br>          Plaintiffs,<br><br>vs.<br><br><br>BALTIMORE AIRCOIL COMPANY, as corporation; CINCINNATI INCORPORATED, doing business in California as "The Cincinnati Shaper Company," a corporation; and DOES 1 through 100,<br>          Defendants. | Case No.: 07-CV-00798-LJO-GSA<br><br>**STIPULATION AND ORDER RE DISMISSAL OF CINCINNATI INCORPORATED**<br><br>Trial Date:  **April 20, 2009 8:30 a.m.** |

The plaintiffs and defendants, by and through their attorneys of record, hereby stipulate and agree to the following:

1.     Plaintiffs Alex Galindo and Irene Galindo dismiss with prejudice Cincinnati Incorporated from the Complaint currently on file in the above-referenced court with each party to bear their own attorney fees and costs.

2.     All parties agree that plaintiffs' dismissal of defendant Cincinnati Incorporated is the result of a settlement between plaintiffs and defendant Cincinnati Incorporated that was and is made in good faith and in accordance with the provisions of California Code of Civil Procedure §§877 and 877.6.

IT IS SO STIPULATED.


Dated:  February ____, 2008.

1

2                                      CORNWELL & SAMPLE LLP

3                                                /s/

4                                                By
                                       STEPHEN R. CORNWELL
5                           Attorneys for Plaintiffs Alex Galindo and Irene Galindo

6

7    Dated:  February _____, 2008.

8                                 SCHNADER HARRISON SEGAL & LEWIS LLP

9                                                /s/

10          By

11                                          T. SCOTT TATE
                                           MARGARET L. SELL
12                          Attorneys for Defendant CINCINNATI INCORPORATED

13

14
     Dated:  February _____, 2008.
15
                                       GALLAWA BROWN KROESCH
16                                               /s/

17          By

18                                       DOUGLAS A. KROESCH
                                 Attorneys for Defendant BALTIMORE AIRCOIL
19                                              COMPANY

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE DISMISSAL OF CINCINNATI INCORPORATED
Alex Galindo et al. v. Baltimore Aircoil Company, et al. USDC-ED-FD- C:07-CIV-00798-LJO-GSA
PHDATA 3061773_1

1

2                                  **<u>ORDER</u>**

3          IT APPEARING TO THE SATISFACTION OF THE COURT THAT the parties have

4   entered into a Stipulation For The Dismissal of Cincinnati Incorporated.

5          NOW, THEREFORE, IT IS ORDERED that:

6          1.

7          Defendant Cincinnati Incorporated is hereby dismissed with prejudice from the complaint

8   currently on file in the above-referenced matter, with each party to bear its own attorney fees and

9   costs; and

10

11         2.       The dismissal of defendant Cincinnati Incorporated from this matter is the result

12  of a settlement between plaintiffs Alex and Irene Galindo, and defendant Cincinnati

13  Incorporated, that was and is made in good faith and in accordance with the provisions of

14  California Code of Civil Procedure §§877 and 877.6.

15

16  *IT IS SO ORDERED.*

17

18  *Dated:    **February 28, 2008**               /s/ Lawrence J. O'Neill*

19                                        *UNITED STATES DISTRICT JUDGE*

20

21

22

23

24

25

26

27

28