IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALINDO, et al., | CASE NO. CV F 07-0798 LJO GSA |
| Plaintiffs, | **ORDER TO DENY REQUEST TO EXTEND DISCOVERY DATES** |
| vs. | (Doc. 30.) |
| BALTIMORE AIRCOIL CO., et al., | |
| Defendants. | |

This Court's November 20, 2007 Scheduling Conference Order set discovery, motion and trial dates. The parties recently filed a stipulation to extend, with neither explanation nor good cause, the expert disclosure and discovery deadlines near or beyond motion deadlines and the pretrial conference.

Pursuant to F.R.Civ.P. 16(b)(3)(A), district courts must enter scheduling orders to establish deadlines for, among other things, to "complete discovery" and "file motions." Scheduling orders may also include "dates for pretrial conferences and for trial." F.R.Civ.P. 16(b)(3)(B)(v). "A schedule may be modified only for good cause and with the judge's consent." F.R.Civ.P. 16(b)(4). The scheduling order "controls the course of the action unless the court modifies it." F.R.Civ.P. 16(d).

Scheduling orders "are the heart of case management," *Koplve v. Ford Motor Co.*, 795 F.2d 15, 18 (3rd Cir. 1986), and are intended to alleviate case management problems. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). A "scheduling conference order is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded without peril." *Johnson*, 975 F.2d at

1  610.

2       This Court DENIES without prejudice the parties' request to extend expert disclosure and
3  discovery deadlines in the absence of good cause shown.  Even if the parties had shown good cause, the
4  proposed extended dates are too near the motion deadlines and pretrial conference, dates which this
5  Court is disinclined to extend.  The November 20, 2007 Scheduling Conference Order's dates remain
6  as set.

7       IT IS SO ORDERED.

8  **Dated:   September 11, 2008**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE