UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALINDO and IRENE GALINDO,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BALTIMORE AIRCOIL CO. and CINCINNATI INC., a corporation d/b/a/ The Cincinnati Shaper Co.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. CV F 07-798 LJO GSA<br><br>**ORDER AFTER SETTLEMENT** |

　　　Plaintiffs Alex Galindo and Irene Galindo ("Plaintiffs") informed this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than February 25, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

　　　This Court VACATES all pending dates and matters.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:　January 30, 2009**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE