1  'Stephen R. Cornwell, CA Bar #40737           (SPACE BELOW FOR FILING STAMP ONLY)
   ▢▢▢▢▢▢▢ & ▢▢▢▢▢▢, ▢▢▢
2  Attorneys at Law
   7045 N. Fruit Avenue
3  Fresno, CA  93711-0761
   Telephone: (559) 431-3142
4  Facsimile:  (559) 436-1135

5  Attorneys for Plaintiffs ALEX GALINDO and
   IRENE GALINDO

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| ALEX GALINDO and IRENE GALINDO, | CASE NO. 07-CV-00798-LJO-GSA |
|---|---|
| Plaintiff, | |
| v. | |
| BALTIMORE AIRCOIL COMPANY, a corporation; CINCINNATI INCORPORATED, doing business in California as "The Cincinnati Shaper Company," a corporation; and DOES 1 through 100, | **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | |

TO THE ABOVE UNITED STATES DISTRICT COURT AND THE CLERK OF THE COURT IN THE ABOVE-ENTITLED ACTION:

   Plaintiffs ALEX GALINDO and IRENE GALINDO and Defendant BALTIMORE AIRCOIL COMPANY, INC.(collectively referred to as the "Parties") acknowledge that a bona fide dispute exists between the Parties in connection with the allegations in this lawsuit and that the Parties have agreed to resolve their disputes for fair consideration, conditioned upon dismissal of this lawsuit with prejudice.

   THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs ALEX GALINDO and IRENE GALINDO and Defendant BALTIMORE AIRCOIL COMPANY, INC., through their respective counsel of record, that the above-entitled action

1  be and hereby is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the
2  Federal Rules of Civil Procedure.  Each party shall bear his/its own attorneys' fees and costs.
3        **IT IS SO STIPULATED.**
4  DATED:  February 23, 2009.                  ▯▯▯▯▯▯▯ & ▯▯▯▯▯▯, ▯▯▯

7                  By:   /s/   Stephen R. Cornwell
8                  Stephen R. Cornwell
                Attorneys for Plaintiffs
                ALEX GALINDO and IRENE GALINDO

11  DATED:  February 24, 2009.
12                  GALLAWA · BROWN · KROESCH

15                  By:   /s/   Douglas A. Kroesch
                Douglas A. Kroesch
                Attorneys for Defendant
16                  BALTIMORE AIRCOIL COMPANY, INC.

19  IT IS SO ORDERED.
20  **Dated:  February 25, 2009**        /s/ Lawrence J. O'Neill
                UNITED STATES DISTRICT JUDGE